IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 21-720 KG |
| vs. | Count 1: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm; |
| **RYAN TYREL COBBS,** | |
| Defendant. | Count 2: 26 U.S.C. §§ 5861(d) and 5871: Possession of an Unregistered Firearm. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about August 2, 2020, in Lea County, in the District of New Mexico, the defendant, **RYAN TYREL COBBS,** knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) forgery – making or altering ($2,500 or less),

(2) fraud (over $500), and

(3) trafficking controlled substances,

knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### Count 2

On or about August 2, 2020, in Lea County, in the District of New Mexico, the defendant, **RYAN TYREL COBBS**, knowingly possessed a firearm, a Remington Model 1100LT-20 sawed-off 20-gauge shotgun, serial number M971893K, with a barrel length of approximately fourteen-

and-one-half (14.5) inches, and an overall length of eighteen (18) inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g) and 26 U.S.C. § 5861(d), the defendant, **RYAN TYREL COBBS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Remington model 1100LT-20 sawed-off semi-automatic shotgun, .20-gauge (color: brown), serial number M971893K, with a barrel length of less than 18 inches (14 ¼ inches) (unregistered with the National Firearms Registration and Transfer Record);

b. a Tactical Solutions model X-RING semi-automatic rifle (color: green), .22 LR caliber, serial number TSX07683;

c. a Benelli model M2 semi-automatic shotgun (color: black), .20-gauge, serial number N102797;

d. a Smith & Wesson model M&P Shield handgun (color: tan), .40 caliber, serial number HZP9711;

e. a Ruger model Mark I-Standard handgun (color: black), .22 LR caliber, serial number 219929;

f. a Fabrique National (FN) model 509 handgun (color: black), 9 x 19 caliber, serial number GKS0013146;

g. a disassembled Bauer Automatic Corp. handgun, .25 caliber, serial number 113329; and

h. any and all ammunition and magazines seized in connection with the August 2, 2020 search of 305 W. Coal Ave., Hobbs, NM 88240.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

*[signature]*
5/14/2021 10:57 AM

3