**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 26 2023

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _New Mexico_
AT _LAS CRUCES_

UNITED STATES OF AMERICA )
)
VS. )  Criminal No. 5-21 CR 00720-001 KG
)
_Ryan Tyrel Cobbs_ )
(Defendant Name)

### MOTION TO MODIFY TERM OF IMPRISONMENT
### PURSUANT TO 18 U.S.C. §3582(c)(2)

COMES NOW the Defendant _Ryan Cobbs_ , pro se,
and pursuant to 18 U.S.C. §3582(c)(2), and moves this Honor-
able Court for reduction of his prison term. In support of
his motion the Defendant would show and alleges:

1. On _09 - 01_ , 2022, Defendant was convicted
in this Court of the offense(s) of: _18: 922(G) + 924_
_Felon in Possession of A Firearm_

Subsequently, using the United States Sentencing Commission
Guidelines, he was sentenced to a term(s) of imprisonment as
follows: _57 months. 4 years 9 months_

2. On _MAY 1_ , 2023, the United States
Sentencing Commission amended the Sentencing Guidelines,
specifically, Amendment _4A1.2_ , and explicitly voted to make
the Amendment retroactive. (1B1.10(c), U.S.S.G.).

3. Amendment _4A1.2_ provides: _my sentence to_
_be Reduced due to the new guidelines._ .

4. Defendant is entitled, as a matter of law, to the
benefit of Amendment _4A.1,2_ and, to have his sentence reduced

_Also, Any other Amendment change that would involve_

_my case._

to bring his sentence within the amended sentencing structure.

WHEREFORE, based on the foregoing, and in the interests of justice, Defendant respectfully urges this Honorable Court to amend his term of imprisonment to reflect the sentencing guideline modification set forth in Amendment 4A1.2

Dated this 20 day of June , 2023.

Respectfully submitted,

X _Ryan Cobbs_
(Signature)
Ryan Cobbs #47811509
(Printed Name) (Number)
Federal Medical Center
P.O. Box 15330
Ft. Worth, TX. 76119

Defendant Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has, this 20 day of June , 2023, been served on 6/20/2023 , United States Attorney for the Southern District of New Mexico , whose address is 100 N. Church St Rm 2 Las Cruces, NM by placing a copy of same in the prisoner legal-mailbox, at 88001 the Federal Medical Center/Ft. Worth, Texas, for delivery to the United States Post Office, with proper postage and addressing attached thereto.

X _Ryan Cobbs_
(Signature)

- 2 -

Bryan Cobbs
#78115D9
Federal Medical Center
PO Box 15330
Ft. Worth, Tx 76119

NORTH TEXAS TX P&DC
DALLAS TX 750
21 JUN 2023 PM 3 L

U.S. District Court House
4th: Clerk of Courts
100 N. Church St. Room 2
Las Cruces, NM 88001

88001-357200



**RECEIVED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 26 2023

MITCHELL... ELFERS
CLERK OF COURT